THE PEOPLE ex rel. MARK L. SHELDON, Respondent, *v.* WALTER FRASER et al., Assessors, etc., Appellants.*

(Argued January 28, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 6, 1893, which affirmed a judgment in favor of the relator entered upon a decision of the court on trial at Special Term.

*L. Fraser* for appellants.

*James Gibson* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

* Reported below, 74 Hun, 282.